UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JUAN GABRIEL BLANCO LOPEZ, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**WB WASTE SOLUTIONS, LLC,**<br><br>**Defendant.** | Case No. 8:23−cv−00963−DLB |

**CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS
AND COLLECTIVE ACTION SETTLEMENT AND DIRECTION OF NOTICE**

Plaintiffs Juan Gabriel Blanco Lopez and Melqui Ismael Quintanilla (collectively, "Named Plaintiffs"), individually and on behalf of the collective and proposed class they seek to represent (together, the "Settlement Class"), by and through their respective counsel, hereby respectfully move this Court for preliminary approval of the class and collective action Settlement Agreement and to direct Notice under Fed. R. Civ. P. 23(e) and 20 U.S.C. § 216(b) for the reasons more fully set forth in the accompanying memorandum in support of this Motion and exhibits thereto.

Plaintiffs respectfully request that this Court grant this Consent Motion and issue an Order including the following:

1. A finding that the Court will likely be able to certify the Settlement Class;

2. Preliminary approval of the proposed Settlement Agreement between the Named Plaintiffs, the proposed Settlement Class, and Defendant WB Waste Solutions, LLC pursuant to Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b);

3. Approval of the settlement payments to members of the proposed Settlement Class who have already opted in to this case, pursuant to the terms of the Settlement Agreement;

4. Appointment of Juan Gabriel Blanco Lopez and Melqui Ismael Quintanilla as Interim Class Representatives;

5. Approval of the proposed form and manner of Notice to the proposed Settlement Class;

6. Appointment of Mark Hanna of Murphy Anderson PLLC as Interim Lead Counsel for the proposed Settlement Class for the purposes of conducting the necessary steps in the Settlement approval process; and

7. Approval of the proposed schedule leading up to and including the Fairness Hearing, namely:

| Deadlines | Event |
| --- | --- |
| *TBD* | Entry of Preliminary Approval Order |
| 15 days after entry of Preliminary Approval Order | Settlement Class Notice Program begins |
| 45 days after entry of Preliminary Approval Order | Settlement Class Notice Program ends |
| 70 days after entry of Preliminary Approval Order | Motion(s) for Final Approval and Attorneys' Fees and Expenses |
| 90 days after entry of Preliminary Approval Order | Objection and Opt-Out Deadline |
| 90 days after entry of Preliminary Order | Settlement Claims Deadline |
| 97 days after entry of Preliminary Approval Order | Reply Memoranda in Support of Final Approval and Fee/Expense Motion(s) |
| | Parties file any responses to Objections |
| 125 days after entry of Preliminary Approval Order | Fairness hearing |

Dated: August 16, 2024                    Respectfully submitted,

/s/ *Mark Hanna*

Mark Hanna (16031)
Nicole Rubin (30711)
Murphy Anderson PLLC
1401 K St. NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
mhanna@murphypllc.com
nrubin@murphypllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2024, the foregoing was filed using the Court's CM/ECF service and was electronically served on all counsel of record.

*/s/ Mark Hanna*
Mark Hanna