IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUAN GABRIEL BLANCO LOPEZ, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>WB WASTE SOLUTIONS, LLC<br><br>Defendant. | Case No.: 8:23-cv-00963 |

### JOINT MOTION FOR FINAL APPROVAL
### OF COLLECTIVE AND CLASS ACTION SETTLEMENT

Plaintiff Juan Blanco Lopez and Plaintiff Melqui Ismael Quintanilla, individually and on behalf of all similarly situated individuals ("Plaintiffs"), and Defendant WB Waste Solutions, LLC ("Defendant") (collectively with Plaintiffs, "the Parties"), by and through undersigned counsel and pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby files this Joint Motion for Final Approval of Collective and Class Action Settlement ("Motion"), and in support thereof, states as follows.

1. Plaintiffs filed the Complaint in this action on April 10, 2023, alleging that Defendant had violated the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. 200 *et seq.*, the Maryland Wage Payment and Collection Law, Md. Code Ann, Lab. & Empl. § 3-501 *et seq.*, and the Maryland Wage and Hour Act, Md. Code Ann., Lab. & Empl. § 3-401 *et seq.* by failing to compensate Plaintiffs for all time worked. *See* Compl., ECF No. 1.

2. On February 2, 2024, this Court conditionally certified this matter to proceed as a collective action under Section 216(b) of FLSA and as a class action under Rule 23 of the Federal Rules of Civil Procedure. *See* Order, ECF No. 34 (Feb. 2, 2024).

3. The Parties engaged in mediation on or about July 17, 2024, and arrived at a

proposed settlement of all claims. *See* Settlement Agreement, ECF No. 50-3.

    4.    The Court granted preliminary approval of the Parties' settlement on October 3, 2024. *See Order*, ECF No. 53 (Oct. 3, 2024).

    5.    For the reasons laid out in the Parties' Memorandum of Law accompanying this Motion, the Parties now move for final approval of the Rule 23 class and for final approval of the settlement under Rule 23.

WHEREFORE, the Parties respectfully request this Honorable Court:

    A.    GRANT this Joint Motion for Final Settlement Approval;

    B.    APPROVE the class settlement between the Parties as final and dispositive of all claims in this litigation;

    C.    CERTIFY the settlement class pursuant to Rule 23(e)(1); and

    D.    GRANT such other and further relief as justice and the nature of the cause so require.

Dated: January 10, 2025                              Respectfully submitted,

*/s/ Mark Hanna*
Mark Hanna (Bar No. 16031)
Joni S. Jacobs (Bar No. 17899)
Jennifer Vail (Admission pending)
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, D.C. 20005
(202) 223-2620
mhanna@murphypllc.com
jjacobs@murphypllc.com

*Counsel for Plaintiffs*

<u>/s/ Randi K. Hyatt</u>
Randi K. Hyatt (Bar No. 23524)
Megan E. Lensink (Bar No. 21924)
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700
rhyatt@whitefordlaw.com
mlensink@whitefordlaw.com

*Counsel for Defendant*
