IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUAN GABRIEL BLANCO LOPEZ, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>WB WASTE SOLUTIONS, LLC<br><br>Defendant. | Case No.: 8:23-cv-00963 |

### ORDER

Upon consideration of the Joint Motion for Final Approval of Class and Collective Action Settlement, ECF 58, all related papers, and for the reasons stated on the record and for good cause shown, it is hereby

ORDERED, that the Joint Motion for Final Approval of Class and Collective Action Settlement is hereby GRANTED; and it is further

ORDERED, that the class of Plaintiffs shall be finally CERTIFIED under Federal Rule of Civil Procedure 23(c), and the members of that class are, as preliminarily certified in this Court's Order of February 1, 2024, "individuals who sorted recyclables and trash for WB Waste at the facility at 1701 Olive Street, Capitol Heights, MD, at any time from February 1, 2021 to February 1, 2024"; and it is further

ORDERED, that the Parties' Settlement is APPROVED as final under Federal Rule of Civil Procedure 23(e); and it is further

ORDERED, that the Clerk shall CLOSE this case.

Dated: February 7, 2025

_____
United States District Judge Deborah L. Boardman